■ In the Matter of THOMAS CARR, Appellant, v PATRICIA CARR, Respondent. [624 NYS2d 874] —Appeal by the petitioner from stated portions of an order of the Family Court, Suffolk County (Doyle, J.), dated September 29, 1993.

Ordered that the order is affirmed insofar as appealed from, with costs, for reasons stated by Justice Doyle at the Family Court. Mangano, P. J., O'Brien, Ritter, Pizzuto and Florio, JJ., concur.

■ In the Matter of CITY OF NEW YORK, Respondent, v UNSAFE BUILDING AND STRUCTURE, Respondent, and JOSEPH GERONIMO, Appellant. [624 NYS2d 874] —In an unsafe building proceeding pursuant to Administrative Code of the City of New York § 26-235, Joseph Geronimo appeals from an order of the Supreme Court, Kings County (Kramer, J.), dated December 19, 1991, which denied his motion to vacate an order of the same court (Levine, J.), dated April 21, 1988, granted upon default, which directed the Superintendent of Buildings for the Borough of Richmond to demolish an unsafe building owned by him.

Ordered that the appeal is dismissed as academic, without costs or disbursements.

Since the building which was the subject of these proceedings has been demolished, the dispute is now academic (see, Matter of Gold-Greenberger v Human Resources Admin., 77 NY2d 973; Heller v Trustees of Town of E. Hampton, 198 AD2d 331). In any event, the court correctly denied the motion to vacate the demolition order. Sullivan, J. P., Miller, Copertino, Joy and Friedmann, JJ., concur.